# Fulton Center – Vandalism 2022/2023

   

   

# Fulton Center – Assaults & Theft 2022/2023











**Fulton Center – Quality of Life 2022/2023**
















Fulton Center
2014

Thomas F. Prendergast
MTA Chairman and CEO

Dr. Michael Horodniceanu
President, MTA Capital Construction

Carmen Bianco
President, MTA New York City Transit

Metropolitan Transportation Authority

Project made possible by funding from the Federal Transit Administration.

IN ACCORDANCE WITH THE NEW YORK CITY SMOKE FREE AIR ACT, THIS BUILDING IS A SMOKE FREE BUILDING.

SMOKING IS NOT PERMITTED WITHIN 25 FEET OF THIS ENTRANCE.







