UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NEW YORK CITY TRANSIT AUTHORITY,
            Plaintiff,

   -against-

WESTFIELD FULTON CENTER LLC,
            Defendant.
------------------------------------------------------------X

24 Civ. 1123 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, on March 4, 2024, Plaintiff filed an Amended Motion for Preliminary Injunction to enjoin Defendant from (1) ceasing operations at the Fulton Center in Lower Manhattan and (2) terminating the lease between Plaintiff and Defendant for the Fulton Center.  It is hereby

  **ORDERED** that Defendant shall file a memorandum in opposition to Plaintiff's motion, not to exceed twenty (20) pages, by **March 22, 2024**.  Plaintiff shall file a reply, not to exceed ten (10) pages, by **March 29, 2024**.  All filings shall comply with the Court's Individual Rules.

  As the Amended Motion is now the operative motion for preliminary injunction, the Clerk of Court is respectfully directed to close the motion at Dkt. 10.

Dated: March 6, 2024
   New York, New York

                     LORNA G. SCHOFIELD
                     UNITED STATES DISTRICT JUDGE