UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NEW YORK CITY TRANSIT AUTHORITY,                            :
                                    Plaintiff,              :
                                                            :           24 Civ. 1123 (LGS)
              -against-                                     :
                                                            :           ORDER
WESTFIELD FULTON CENTER LLC,                                :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed an amended motion to for a preliminary injunction (the "Motion") on March 4, 2024, which will be fully briefed on April 10, 2024. It is hereby

**ORDERED** that by **April 17, 2024**, the parties shall file a joint letter stating whether there are disputed factual issues that must be resolved in order to decide the Motion, and if so proposing approximate dates for a preliminary injunction hearing, as well as dates for any related matters for which the parties seek a court order. If the parties do not agree, they shall explain their respective positions in the letter.

Dated: April 4, 2024
       New York, New York

                                                   _____
                                                   LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE