# Exhibit B

**Excerpt from Westfield Word Trade Center's Instagram Account**

**Post dated August 2nd, 2023**



**Excerpt from**

**https://www.westfield.com/united-states/westfieldworldtradecenter/restaurants-detail/birch-coffee/79266**

Birch Coffee Restaurant | WEST
westfield.com/united-states/westfieldworldtradecenter/restaurants-detail/birch-coffee/79266
STORES
Westfield WORLD TRADE CENTER
Opening hours and access
COMING SOON
BIRCH coffee
Birch Coffee
Visit Website
Go there

Birch Coffee, one of New York City's premiere coffee shop chains is proud to take space within the Fulton Center.

Birch was founded back in 2009 and has made a name for itself by providing a high quality product and even higher level of service. We put people first while coffee comes in at a close second. We can't wait to meet you!

AVAILABLE SERVICES
Menu

MAP OF THE CENTER
C2
C1
C1M
L1
L2
L3



**Excerpt from**

**https://www.westfield.com/united-states/westfieldworldtradecenter/restaurants-detail/shake-shack/58639**

Shake Shack Restaurant | WEST

westfield.com/united-states/westfieldworldtradecenter/restaurants-detail/shake-shack/58639

STORES

Westfield WORLD TRADE CENTER

Opening hours and access

United States > WESTFIELD World Trade Center > Dining > Casual Dining > Shake Shack

## Shake Shack Restaurant at Westfield World Trade Center

SHAKE SHACK

**Shake Shack**

Open today
From 11:00 AM to 9:00 PM

646.230.0320

Go there

Shake Shack serves elevated versions of American classics using only the best ingredients. It's known for its delicious made-to-order Angus beef burgers, crispy chicken, hand-spun milkshakes, house-made lemonades, beer, wine, and more. With its high-quality food at a great value, warm hospitality, and a commitment to crafting uplifting experiences, Shake Shack quickly became a cult-brand with widespread appeal. Shake Shack's purpose is to Stand for Something Good®, from its premium ingredients and employee development, to its inspiring designs and deep community investment. Since the original Shack opened in 2004 in NYC's Madison Square Park, the company has expanded to more than 350 locations in 32 U.S. States and the District of Columbia, including more than 100 international locations across London, Hong Kong, Shanghai, Singapore, Mexico City, Istanbul, Dubai, Tokyo, Seoul and more.

**OPENING HOURS**

Wednesday · From 11:00 AM to 9:00 PM

Show More

**AVAILABLE SERVICES**

- Menu
- Order Now
- Order now with Seamless
- Order now with Grubhub
- Order now with DoorDash
- Order now with Uber Eats
- Order now with Postmates
- Order now with Caviar

**MAP OF THE CENTER**

C2 C1 C1M L1 L2 L3



**Excerpt from**

**https://www.westfield.com/united-states/westfieldworldtradecenter/retailers-detail/industrious/76114**

Industrious Store | WESTFIELD

westfield.com/united-states/westfieldworldtradecenter/retailers-detail/industrious/76114

STORES

Westfield WORLD TRADE CENTER

Opening hours and access

United States > WESTFIELD World Trade Center > Stores > Services > Industrious

## Industrious Store at Westfield World Trade Center

INDUSTRIOUS

### Industrious

Open today
From 9:00 AM to 7:00 PM

Visit Website

(646) 693-4225

Go there

Located in the heart of the Financial District, 200 Broadway is conveniently located at Fulton Center, lower Manhattan's busiest transit hub. Tenants of the building enjoy easy access to numerous subway lines, retail, dining, and NYC attractions like the World Trade Center and the New York Stock Exchange. The 2nd floor workspace features offices with best-in-class services and amenities to support your most productive workday, every day.

Industrious, the highest-rated flexible workplace company, offers products and services, including co-working, private suites, tenant experience, and conference rooms, that support a variety of work models. By delivering an elevated workplace experience on flexible terms across a vast network of locations, Industrious provide a strategic solution for companies to right-size their portfolio without sacrificing brand, quality, or service.

**OPENING HOURS**

**Wednesday** · From 9:00 AM to 7:00 PM

Show More

### MAP OF THE CENTER

C2 C1 C1M L1 L2 L3



**Excerpt from**

**https://www.westfield.com/united-states/westfieldworldtradecenter/restaurants-detail/dunkin-donuts---fulton/58630**



# Excerpts from

# https://www.westfield.com/united-states/westfieldworldtradecenter/access





Excerpt from Westfield Word Trade Center's Instagram Account

Post dated November 29th, 2023



**Excerpt from Westfield Word Trade Center's Instagram Account**

**Post dated August 10, 2022**



Case 1:24-cv-01123-LGS   Document 43-2   Filed 04/10/24   Page 10 of 16

**Excerpt from Westfield Word Trade Center's Instagram Account**

**Post dated August 25th, 2020**



Liked by taha_hebatullah and others
westfieldworldtradecenter Looking for a quick bite to eat? #FultonCenter offers many of your on-the-go favorites! Check out our available stores:

**Excerpt from Westfield Word Trade Center's Instagram Account**

**Post dated October 2nd, 2021**



**Excerpt from Westfield Word Trade Center's Instagram Account**

**Post dated February 16th, 2024**



**Excerpt from Westfield Word Trade Center's Instagram Account**

**Post dated February 1st, 2023**



**Excerpt from Westfield Word Trade Center's Instagram Account**

**Post dated January 16th, 2020**



**Excerpt from Westfield Word Trade Center's Instagram Account**

**Post dated June 20th, 2023**



**Excerpt from Westfield Word Trade Center's Instagram Account**

**Post dated March 15th, 2023**



westfieldworldtradecenter Don't forget to look up 👀 🥰. Whether it's a quick bite between meetings or a sweet pick-me-up, #FultonCenter offers convenient options no matter what you need! What's your go-to snack? Comment below!