# Exhibit A



Metropolitan Transportation Authority

# Fulton Center

Concept of Operations

May 2014

# Contents

| | | |
|---|---|---|
| **1** | **Introduction and Purpose of Report** | **1** |
| | 1.1 Introduction | 1 |
| | 1.2 Purpose of this Concept of Operations | 1 |
| **2** | **Building Usage** | **2** |
| | 2.1 Hours of Operation; Customer Flow | 2 |
| | 2.2 LEED | 3 |
| **3** | **Cleaning, Maintenance & Repair** | **3** |
| | 3.1 Performance Standards | 3 |
| | 3.2 Building Interiors | 5 |
| | 3.3 Building Envelope and Glazing | 8 |
| | 3.4 Structural Maintenance | 10 |
| | 3.5 Cleaning Equipment | 11 |
| | 3.6 Coordination with the MTA | 13 |
| | 3.7 Corbin Building | 13 |
| | 3.8 Attic Stock – Finishes | 15 |
| **4** | **Building Systems** | **16** |
| | 4.1 Mechanical and Plumbing | 16 |
| | 4.2 Electrical Equipment | 30 |
| | 4.3 Fire and Emergency Systems | 43 |
| | 4.4 Vertical Circulation | 47 |
| | 4.5 Communication Systems | 54 |
| | 4.6 Building Management System | 58 |
| | 4.7 Warranties/Guarantees | 58 |
| | 4.8 Capital Replacement | 68 |
| | 4.9 Attic Stock - Equipment | 73 |
| **5** | **Operating Procedures** | **74** |
| | 5.1 Emergency Maintenance | 74 |
| | 5.2 Utilities | 74 |
| | 5.3 Wireless Communication Services | 75 |
| | 5.4 Waste Management, Deliveries and Servicing | 76 |
| | 5.4 Storage | 79 |
| | 5.5 Digital Signage and Advertising | 79 |
| | 5.6 Arts for Transit | 80 |

|   | 5.7 | Sky Reflector-Net | 81 |
|---|---|---|---|
| **6** | **Intentionally Omitted** | | **81** |
| **7** | **Security Plan and Building Evacuation Procedure** | | **81** |
|   | 7.1 | Security Plan | 81 |
|   | 7.2 | Building Evacuation Plan (BEP) | 81 |

## Tables

Table 1: Building Usage Square Feet
Table 2: Estimated Customer Flow
Table 3: Dey Street Headhouse and Concourse - Summary of Finishes in Public Areas
Table 4: Fulton Building Enclosure - Summary of Finishes in Public Areas
Table 5: Corbin Building - Summary of Finishes in Public Areas
Table 6: Building Envelope and Glazing-Materials
Table 7: Scrubber Equipment provided to ML
Table 8: Attic Stock - Finishes
Table 9: Categories of HVAC Equipment
Table 10: ML Air Distribution System Maintenance Schedule
Table 11: ML Steam System Maintenance Schedule
Table 12: ML Chiller Maintenance Schedule
Table 13: ML Cooling Tower Maintenance Schedule
Table 14: ML Water Distribution System Maintenance Schedule
Table 15: ML Motor Maintenance Schedule
Table 16: ML Smoke Fans
Table 17: ML Dry-Cooler Maintenance Schedule
Table 18: ML Heat Exchanger Maintenance Schedule
Table 19: ML Water Heater Maintenance Schedule
Table 20: ML Plumbing Pump Maintenance Schedule
Table 21: Sump Pumps (SP) and Sewage Ejectors (SE)
Table 22: RPZ
Table 23: ML Base Building Electrical Equipment
Table 24: ML Electric Generator Maintenance Schedule
Table 25: Electric Generator Maintenance Schedule
Table 26 Emergency Lighting Maintenance Schedule
Table 27: Fire Sprinkler Monthly Maintenance and Testing
Table 28: Quarterly fire sprinkler maintenance and testing

Table 29: Fire Sprinkler Annual Maintenance and Testing by NYCT
Table 30: Fire Sprinkler Long-term Testing by NYCT
Table 31: Fire Sprinkler Long-term Maintenance by NYCT and ML
Table 32: ML Elevator Inventory
Table 33: ML Escalator Inventory
Table 34: ML Elevator Maintenance Schedule
Table 35: ML Escalator Maintenance Schedule
Table 36: Elevator and Escalator Outage Codes
Table 37: Warranties
Table 38: Capital Replacement Schedule – Mechanical Equipment
Table 39: Capital Replacement Schedule Electrical Systems
Table 40: Capital Replacement Schedule - Vertical Circulation
Table 41 ML Attic Stock Description

**Figures**

Figure 1: Fulton Center Project Location
Figure 2: Dedicated Reachmaster Storage location in TP-35
Figure 3: Fulton Center Digital Signage Data cabling Infrastructure Diagram

**Appendices**

**Appendix A**

Lease Demarcation Plans

**Appendix B**

Usage Plans

**Appendix C**

Area Narrative Tables

**Appendix D**

Cleaning Equipment provided to ML

**Appendix E**

Access Diagrams

**Appendix F**

Intentionally Omitted

**Appendix G**

Digital Signage/Advertising Locations

**Appendix H**

Corbin Building Schedule of Finishes and Manufacturer's Data

**Appendix I**

Intentionally Omitted

**Appendix J**

Planned Maintenance Program

Capitalized terms used in this ML Con-Ops and not otherwise defined herein will be deemed to have the meanings ascribed to them in the MLA. This ML Con Ops report is intended to be read in conjunction with the MLA and the Design Guidelines ("DG"). In the event of any inconsistency between the MLA and this ML Con-Ops, the MLA shall govern.

Upon completion of the construction of the Fulton Building, the ML will be issued a complete set of manufacturer/contractor-supplied manuals (O&M Manuals), which will be deemed to supplement this ML Con-Ops. In the event of any inconsistency between any such O&M Manual and any specific requirement of this ML-Con-Ops, the more stringent requirement will govern, subject, however, to the following: if any requirement contained in an O&M Manual is materially more costly to comply with than what the ML reasonably expected based on industry standards for the applicable equipment or based on the maintanance specifications for such equipment contained herein, then the ML may endeavor to induce the applicable manufacturer/contractor to reduce such requirements, and the MTA shall cooperate with the ML with respect thereto. If such manufacturer/contractor does not reduce such requirements, and the aggregate cost of complying with the requirements contained in the O&M Manuals is materially greater than what the ML reasonably expected based on industry standards for the applicable equipment or based on the maintenance specifications for such equipment contained herein, then the ML and the MTA shall reasonably consider mitigating the impact of such requirements specifications. Notwithstanding the foregoing, any O&M Manual that is standard for the applicable equipment shall presumptively be deemed not to impose materially higher compliance costs on the ML. For the avoidance of doubt, no provision of this ML Con-Ops is intended to impose any responsibility on the ML with respect to any Landlord-Controlled Property.

## 2      Building Usage

The Usage Plans (Appendix B) identify the primary usage types within the FC: NYCT-Retained Areas; Public Circulation Areas (paid & unpaid); Commercial Usage Areas; and Back of House Areas. The MLP consists of approximately 186,800 net square feet of Commercial Usage, Public Circulation and Back of House space:

Table 1: Building Usage Square Feet

| Designated Use | Net Square Feet |
|---|---|
| Commercial Usage Area | 65,800 (approximate) |
| Public Circulation (Paid and Unpaid) | 61,400 (approximate) |
| Back-of-House | 59,600 (approximate) |
| TOTAL | 186,800 (approximate) |

### 2.1      Hours of Operation; Customer Flow

The hours of operation of the MLP shall be as set forth in Section 5.7 of the MLA.

Safely and efficiently accommodating transit-related traffic in the Public Circulation Areas will be of paramount concern, and the parties recognize that the requirements of this ML Con-Ops may periodically need to be adjusted to account for changes in such traffic.  Any such adjustment shall require the approval of the ML and the MTA not to be unreasonably withheld.

Table 2: Estimated Customer Flow

| Location | Estimated Customer Flow per day |
|---|---|
| Street Entrances: Fulton Center and Corbin Building | 45,000 |
| Street Entrance: Dey Street Headhouse | 70,000 |
| Platform Level | 35,000 |
| Concourse Level | 80,000 |
| A/C Mezzanine | 100,000 |

The above figures have been provided by NYCT Operations Planning Department.

## 2.2 LEED

The Fulton Center will be a LEED certified facility. While maintenance credits do not exist under LEED v2.1, the ML is encouraged to adhere to any other specific LEED protocols regarding maintenance of systems.

# 3 Cleaning, Maintenance & Repair

The ML is responsible for cleaning, maintenance and repair of the entire ML Premises, including but not limited to the above-grade and below-grade facility interiors, exteriors and adjacent public sidewalks.  This includes both paid and unpaid Public Circulation Areas as well as the Commercial Usage Areas and Back-of-House Areas.  For reference, approximate sizes of certain spaces within such areas are shown in the Area Narrative Tables included in Appendix C.

## 3.1 Performance Standards

The ML shall clean, repair and maintain the ML Premises in accordance with all applicable laws, regulations, codes and standards set out in the MLA, this Concept of Operations, the O&M Manuals and the Planned Maintenance Program (PMP) that is attached as Appendix J.

The ML shall notify MTA and submit a repair/replacement scope of work for any alteration or improvement that exceeds $50,000 in contract value, which shall be

- Acidic and abrasive cleaners are to be avoided for cleaning processes at any time.
- Any metal or other hard surfaces, sponges or cleaning devises which might loosen or scratch the tiles and the epoxy lines must not be used.
- No pressure washing under any circumstances.
- If there is any water staining or efflorescence, the tiles must be examined by AFT to determine if a tile conservator should be engaged to clean any accretions from the glazed surface of the art tiles.

## 5.7 Sky Reflector-Net

The reflector panels are specifically made for the project using a special reflective aluminum by Alanod. The protective lacquered surface was specifically developed by Alanod to resist iron–filing corrosion. The panels have passed UV and surface color changing color (yellowing) after prolong testing. Accelerated weathering, relative humidity and scratch resistant tests were also passed. The reflector panels will need to be cleaned twice a year.

# 6 Intentionally Omitted

# 7 Security Plan and Building Evacuation Procedure

## 7.1 Security Plan

NYCT will be required to provide a Security Plan detailing procedures for the safe and secure operation of the Fulton Center, as contemplated by Section 7.4 of the MLA. The Security Plan shall be put in place prior to the Opening Date and updated as appropriate at least annually. The Security Plan shall be subject to ML review and approval to the extent set forth in such 7.4.

## 7.2 Building Evacuation Plan (BEP)

The MTA will prepare a Building Evacuation Plan with input from the ML.

The purpose of the BEP will be to:

- Establish emergency building evacuation procedures.
- Ensure the safe egress of employees, fare paying customers/passengers and members of the public from the FC during emergency situations.



# FULTON CENTER SECURITY PLAN



**JUNE 2018**

# I. INTRODUCTION

This Security Plan was prepared by New York City Transit ("NYCT") as a reference guide for all front line security officers assigned to Fulton Center.[1] The policies and guidelines set forth in this document are in accordance with the terms and conditions of the Fulton Center Master Lease Agreement (the "Lease") and the Fulton Center Concept of Operations (the "Con Ops"). To the extent that any provision in this Plan is inconsistent with, or contradictory to, the Lease or the Con Ops, the Lease and Con Ops shall control.

## FULTON CENTER BACKGROUND INFORMATION

The Fulton Center is a mass transportation hub and shopping destination located in lower Manhattan, directly above the Fulton Street subway station. It is transportation-accessible and provides connections to the following subway lines:

| Services | Station |
|---|---|
| 2 3 | Fulton Street |
| 4 5 | Fulton Street |
| A C | Fulton Street |
| E | World Trade Center |
| J Z | Fulton Street |
| R W | Cortlandt Street |

In addition to the subway lines that stop at the Fulton Center, the Center also connects to the World Trade Center and PATH trains through an underground walkway, and allows for transfers to the E and 1 subway lines through underground passageways.

Given its location and accessibility to so many forms of transportation, it is estimated that over 300,000 customers enter the Center daily.

The Center is approximately 120,000 square feet. The public circulation areas of the Center are operational 24 hours a day, 7 days a week and security is on-site whenever the public circulation areas are operational. The retail areas of the Center will be operational at a minimum of 12 hours a day.

---

[1] For purposes of this Security Plan, the term "Security officers" shall mean those officers assigned to patrol and secure the unpaid areas within the Fulton Center.

**CONFIDENTIAL** NOT FOR EXTERNAL DISTRIBUTION