```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
NEW YORK CITY TRANSIT AUTHORITY,                             :
                                  Plaintiff,                 :
                                                             :     24 Civ. 1123 (LGS)
                   -against-                                 :
                                                             :          ORDER
WESTFIELD FULTON CENTER LLC,                                 :
                                  Defendant.                 :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed an amended motion to for a preliminary injunction (the "Motion") on March 4, 2024, which was fully briefed on April 10, 2024.

WHEREAS, the parties submitted a joint letter describing disputed factual issues on April 19, 2024.  It is hereby

**ORDERED** that a preliminary injunction hearing (the "Hearing") will be held on **June 24, 2024, at 10:00 A.M.** in Courtroom 1106 of the United States District Court for the Southern District of New York at 40 Foley Square, New York, New York.  It is further

**ORDERED** that each side is limited to two hours for the presentation of evidence (including direct and cross examination and any argument).  It is further

**ORDERED** that, by **May 10, 2024**, the parties are directed to meet and confer and file a joint letter regarding a proposed schedule in connection with pre-Hearing matters, including any additional filings, the exchange of evidence and demonstrative aids to be relied upon at the Hearing and a list of witnesses that the parties intend to call to testify.  It is further

**ORDERED** that, by **May 24, 2024**, the parties shall file a joint pre-Hearing order modeled on the Court's Individual Trial Rule I.A.5, but omitting sub-paragraphs (d), (e), (f), (i), (l), (m) and (n).  Regarding sub-paragraph (j), only exhibits discussed at the hearing will be

deemed to be in evidence.  The parties shall not file in limine motions, as all evidentiary objections shall go to the weight rather than admissibility.  Regarding sub-paragraph (k), the parties shall stipulate to any uncontested facts at the request of the opposing party.  The parties shall apply Individual Trial Rule I.B.2 (first paragraph only).  It is further

   **ORDERED** that a final pre-Hearing conference will be held on **June 10, 2024, at 2:00 P.M**.  At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.

Dated: April 30, 2024
   New York, New York

                 LORNA G. SCHOFIELD
                 **UNITED STATES DISTRICT JUDGE**