UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                  :
NEW YORK CITY TRANSIT AUTHORITY,     :
                          Plaintiff,     :
                                                 :             24 Civ. 1123 (LGS)
             -against-     :
                                                 :             <u>ORDER</u>
WESTFIELD FULTON CENTER LLC,     :
                          Defendant.   :
                                                 :
------------------------------------------------------------X
LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Plaintiff filed an amended motion to for a preliminary injunction (the "Motion") on March 4, 2024, which was fully briefed on April 10, 2024.

       WHEREAS, the preliminary injunction hearing (the "Hearing") will be held on June 24, 2024, at 10:00 A.M. in Courtroom 1106 of the United States District Court for the Southern District of New York at 40 Foley Square, New York, New York.

       WHEREAS, a final pre-Hearing conference was held on June 10, 2024.  It is hereby

       **ORDERED** that each side is limited to ninety minutes for the presentation of evidence (including an optional opening statement, direct and cross-examination and any argument).  It is further

       **ORDERED** that, by **June 12, 2024**, the parties are directed to meet and confer to resolve the issue of whether Mr. Marco Maldonado will testify at the Hearing.  Should Defendant intend to call Mr. Maldonado at the hearing, Plaintiff shall have up to four hours in which to depose Mr. Maldonado prior to the hearing.  It is further

       **ORDERED** that, by **June 11, 2024**, the parties shall file a joint letter stating whether they consent to mediation before Magistrate Judge Tarnofsky prior to the Hearing.  It is further

**ORDERED** that, by June 18, 2024, the parties shall file a letter describing categories of objections to exhibits, as described in the Court's Individual Trial Rule I.B.2.

Dated: June 10, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**