DIRECT DIAL: (212) 373-3441
EMAIL: GLAUFER@PAULWEISS.COM

July 2, 2024

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

>  Re:  *New York City Transit Authority v. Westfield Fulton Center LLC, Civil Case No. 24-cv-1123 (LGS) – Joint Status Letter re Mediation*

Dear Judge Schofield:

Pursuant to the Court's June 11, 2024 Order (ECF No. 76), Plaintiff and Counterclaim Defendant New York City Transit Authority ("NYCTA") and Defendant and Counterclaim Plaintiff Westfield Fulton Center LLC ("Westfield") submit this joint letter to update the Court on the status of their settlement efforts.

On June 26, 2024, the parties participated in a pre-mediation telephone conference with Magistrate Judge Robert W. Lehrburger.

On June 27, 2024, NYCTA submitted a settlement demand to Westfield. Westfield's response to NYCTA's demand is due by July 5, 2024.

Each of the parties' pre-conference submissions are due to Judge Lehrburger by July 5, 2024.

The settlement conference is set for July 11, 2024.

As indicated in the parties' June 11, 2024 joint letter, in the event the parties are unable to resolve this matter through mediation, they will promptly reach out to the Court to schedule a hearing on NYCTA's motion for a preliminary injunction and to reinstate discovery deadlines.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Lorna G. Schofield     2

| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **BLANK ROME LLP** |
|---|---|
| */s/ Gregory F. Laufer* <br> Gregory F. Laufer <br> Cesar Riviere <br> 1285 Avenue of the Americas <br> New York, New York 10019-6064 <br> (212) 373-3441 <br> glaufer@paulweiss.com <br> criviere@paulweiss.com <br><br> Lina Dagnew <br> 2001 K street, NW <br> Washington DC, 20011 <br> (202) 223-7455 <br> ldagnew@paulweiss.com | */s/ Mara B. Levin* <br> Mara B. Levin <br> Harris N. Cogan <br> Gregory P. Cronin <br> 1271 Avenue of the Americas <br> New York, New York 10020 <br> (212) 885-5000 <br> mara.levin@blankrome.com <br> hirsh.cogan@BlankRome.com <br> gregory.cronin@blankrome.com |

cc:    All counsel of record (via ECF)