UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
NEW YORK CITY TRANSIT AUTHORITY,                             :
                                    Plaintiff,               :
                                                             :    24 Civ. 1123 (LGS)
          -against-                                          :
                                                             :         ORDER
WESTFIELD FULTON CENTER LLC,                                 :
                                    Defendant.               :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 11, 2024, the parties informed the Court of their intention to engage in mediation and requested that discovery and preliminary injunction hearing deadlines be adjourned sine die.

WHEREAS, the Court referred the parties to mediation, stayed discovery and adjourned all pending deadlines sine die.

WHEREAS, the parties continue to engage in settlement negotiations. It is hereby

**ORDERED** that the pending motion for preliminary injunction and motion to dismiss Defendant's counterclaims are DENIED without prejudice to renewal after the conclusion of the parties' settlement negotiations.

The Clerk of Court is respectfully directed to terminate the motions at Dkt. Nos. 14 and 59.

Dated: October 16, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE