UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

NEW YORK CITY TRANSIT AUTHORITY, :
:
Plaintiff, :
-against- : 24 Civ. 1123 (LGS)
:
WESTFIELD FULTON CENTER LLC, : **ORDER**
:
Defendant. :

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties were scheduled to attend a settlement conference before Magistrate Judge Lehrburger on October 22, 2026, but the conference was canceled. It is hereby

**ORDERED** that, by **October 30, 2026**, the parties shall file a joint letter regarding the status of the case.

Dated: October 23, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE